IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHARRON P. McCLAIN, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:12-00307<br>Chief Judge Haynes |
| v. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, Defendant's motion for summary judgment (Docket Entry No. 17) is **DENIED**.

It is so **ORDERED**.

ENTERED this the 23rd day of January, 2014.

William J. Haynes, Jr.
Chief Judge
United States District Court