IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHARRON P. McCLAIN,            )
                              )
            Plaintiff          )            Case No.: 3:12-cv-0307
                              )
v.                            )            JUDGE HAYNES
                              )            MAGISTRATE JUDGE BRYANT
UNITED STATES OF AMERICA,      )
                              )
            Defendant          )

*[handwritten annotations in right margin: Order — This motion is GRANTED. Plaintiff's expert has two opinions on the surgery and the surgery proposed. The latter is admissible. The former requires a Daubert hearing ... 2-18-14]*

## JOINT MOTION FOR CLARIFICATION

Comes now the parties in the above-referenced medical malpractice action, and

respectfully move for clarification of the Court's Memorandum Opinion of January 24, 2014

(docket entry no. 28), which denied the defendant's Motion for Summary Judgment. The parties

understand that that the Court has concluded that a <u>Daubert</u> hearing is necessary regarding the

opinion of the plaintiff's expert, Dr. Martin. <u>See</u> p. 14. The parties further understand that the

Court has found that there are material factual disputes regarding the surgery report, whether the

plaintiff was a good candidate for surgery, and the appropriate level of care. <u>See</u> p. 15.

However, the parties are at odds over the interpretation of the Court's concluding paragraph,

which states:

> Yet, the Court concludes that Plaintiff has submitted sufficient
> proof that Dr. Summit's extended absence for several hours
> from the surgery room while Dr. Grewal, a resident, was
> closing the surgical area, violated local community standards
> and was a proximate cause of Plaintiff's injuries.

<u>Id.</u>